296 U.S. 594
 56 S.Ct. 108
 80 L.Ed. 421
 Winthrop TAYLOR, petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE.*
 No. 183.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. Fred A. Woodis, of Washington, D. C., for petitioner.
 The Attorney General, for respondent.
 
 
 1
 For opinion below, see 76 F.(2d) 904.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 167, 80 L. Ed. 471.